Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Realtime Data, LLC　　v. CME Group, Inc.

No. 2014-1663, -1664, -1665

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se　　[✓] As counsel for: CME Group, Inc., Board of Trade City of Chicago, Inc., New York Mercantile Exchange, Inc.
Name of party

I am, or the party I represent is (select one):

[ ] Petitioner　[ ] Respondent　[ ] Amicus curiae　[ ] Cross Appellant
[✓] Appellant　[ ] Appellee　[ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant　[ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Scott F. Partridge |
| Law firm: | Baker Botts L.L.P. |
| Address: | One Shell Plaza, 910 Louisiana Street |
| City, State and ZIP: | Houston, Texas 77002-4995 |
| Telephone: | (713) 229-1569 |
| Fax #: | (713) 229-7769 |
| E-mail address: | scott.partridge@bakerbotts.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 1982

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes　[✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

August 6, 2014　　　　　　　　　　　/s/ Scott F. Partridge
Date　　　　　　　　　　　　　　　Signature of pro se or counsel

cc: All counsel of record

123

# CERTIFICATE OF SERVICE

     I, Deborah L. Saucier, Senior Paralegal employed by Baker Botts LLP, hereby certify that on August 8, 2014, I filed <u>Defendant-Appellants CME Group, Inc., Board of Trade of the City of Chicago, Inc, and New York Mercantile Exchange, Inc.,</u> Entry of Appearance of Scott F. Partridge with the Clerk of Court, United States Court of Appeals for the Federal Circuit, via the court's electronic filing system, and served the same on the following counsel of record via electronic mail and First Class United States Mail:

| |  |
|---|---|
| Dirk D. Thomas<br>Robert Cote<br>Brett Cooper<br>Lauren Lee Fornarotto<br>Daniel Melman<br>Laura Handley<br>McKool Smith P.C.<br>1999 K Street, NW Suite 600<br>Washington, DC 20006<br>(202) 370-8300<br>(202) 370-8344<br>Dthomas@MckoolSmith.com<br>**REALTIME DATA, LLC (d/b/a/ IXO)** | |

           /s/ Deborah L. Saucier
Deborah L. Saucier,
Baker Botts, LLP
One Shell Plaza, 910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1359
Facsimile: (713) 229-7790
deborah.saucier@bakerbotts.com